```
1  CATHERINE CORTEZ MASTO
   Attorney General
2  MICHAEL SOMPS
3  Senior Deputy Attorney General
   Nevada Bar No. 6507
4  5420 Kietzke Lane, Suite 202
   Reno, Nevada 89511
5  (775) 850-4152
6  Attorneys for Defendant
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG WYOSNICK, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NEVADA GAMING CONTROL BOARD ) <br> and STATE OF NEVADA, ) <br> ) <br> Defendants. ) | CASE NO. CV-N-06-00254-LRH-VPC |

### STIPULATION TO DISMISS PLAINTIFF'S THIRD CLAIM FOR RELIEF

COMES NOW, Plaintiff, CRAIG WYOSNICK, by and through his attorney, ANNE VOHL, Esq., and Defendant, STATE OF NEVADA, ex. rel. STATE GAMING CONTROL BOARD (hereinafter "Board"), by and through its attorneys CATHERINE CORTEZ MASTO, Attorney General, and MICHAEL SOMPS, Senior Deputy Attorney General, and hereby stipulate to the following:

1. The parties stipulate to the filing of Plaintiff's Second Amended Complaint.

. . . .

. . . .

. . . .

. . . .

2. The parties stipulate to dismiss Plaintiff's Third Claim for Relief entitled Fair Labor Standards Act Violation as alleged within Plaintiff's Second Amended Complaint.

DATED this 2nd day of May, 2007.

ANNE M. VOHL, Esq.

*[signature: Anne Vohl]*

One East Liberty Street, 6th Floor
Reno, Nevada 89504
775-686-6068
Attorney for Plaintiff

DATED this 30th day of April 2007.

CATHERINE CORTEZ MASTO
Attorney General

By: *[signature]*

Michael Somps
Senior Deputy Attorney General
Nevada Bar No. 6507
5420 Kietzke Lane, Suite 202
Reno, Nevada 89511
775-850-4152
Attorneys for Defendant

It is so ORDERED:

DATED this 9th day of May, 2007.

*[signature]*

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Office of the Attorney General
Gaming Division
5420 Kietzke Lane, Suite 202
Reno, Nevada 89511