UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| CRAIG WYOSNICK,<br><br>    Plaintiff,<br><br>vs.<br><br>NEVADA GAMING CONTROL BOARD<br>and STATE OF NEVADA,<br><br>    Defendant. | 3:06-CV-00254-LRH (VPC)<br><br>ORDER |

  Presently before the court is Defendant Nevada Gaming Control Board's ("Defendant") Motion to Dismiss (#14[1]). The parties have stipulated to the filing of Plaintiff Steve Wyosnick's Second Amended Complaint and to the dismissal of Plaintiff's Fair Labor Standards Act claim contained within (#20). The parties' stipulation has been signed by this court.

  IT IS THEREFORE ORDERED that Defendant's motion to dismiss (#14) is DENIED as MOOT.

  DATED this 25th day of June, 2007.

                _____
                LARRY R. HICKS
                UNITED STATES DISTRICT JUDGE

---

[1] References to (# XX) refer to the Court's docket.